# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of: | : | No. 1660 Disciplinary Docket No. 3 |
| | : | |
| SCOTT PHILIP SIGMAN | : | No. 43 DB 2012 |
| | : | |
| | : | Attorney Registration No. 88151 |
| | : | |
| | : | (Philadelphia) |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of August, 2016, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).